

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00473-CV

**ARC PARKLANE, INC. D/B/A PARKLANE WEST HEALTHCARE CENTER**,
Appellant

v.

Belen **BETTS**, Individually, and as Executrix of the Estate of Delbert Betts, Deceased, and
Shirle Betts, and Dana Gibson,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10178
Honorable Larry Noll, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Luz Elena D. Chapa, Justice
              Jason Pulliam, Justice

Delivered and Filed:  November 25, 2015

JOINT MOTION TO DISMISS GRANTED; DISMISSED

The parties have filed a joint motion to dismiss this interlocutory appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(2). The motion does not disclose an agreement regarding the assessment of costs; accordingly, all costs of this appeal are assessed against appellant. *See* TEX. R. APP. P. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM